IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:07CV224

| | |
|---|---|
| WILLIE HINES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **J U D G M E N T** |
| ) | |
| BELLSOUTH COMMUNICATIONS, ) | |
| INC., a/k/a BELLSOUTH BUSINESS ) | |
| SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant's motion for summary judgment is **ALLOWED**, and this action is hereby **DISMISSED WITH PREJUDICE** in its entirety.

Signed: April 24, 2008

Lacy H. Thornburg
United States District Judge